UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CRISTINA PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-06-00174 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR ATTORNEY FEES

On April 13, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the Court find that plaintiff is entitled to an award of attorney fees pursuant to the Equal Access to Justice Act because she is the prevailing party, the Commissioner's position was not substantially justified, and there are no special circumstances that make an award unjust. It was further recommended that the Court find that 21.20 billable hours expended on this case by plaintiff's counsel were reasonable and necessary, that plaintiff is entitled to reimbursement of costs and expenses, that plaintiff's petition for attorney fees, costs, and expenses be granted, and that plaintiff be awarded $3,400.48 in attorney fees and $13.72 in costs and expenses. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that plaintiff's petition for attorney fees, costs, and expenses is granted and plaintiff is awarded $3,400.48 in attorney fees and $13.72 in costs and expenses.

SIGNED this 2nd day of May, 2007.

Janis Graham Jack
United States District Judge